1  SCOTT N. SCHOOLS (SCBN 0999)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 16393)
3  Chief, Criminal Division

4  BARBARA BRENNAN SILANO (MASSBAR 055540)
   Assistant United States Attorney

5  450 Golden Gate Avenue
   San Francisco, Ca. 94102
6  Tel: (415) 436-7223

7  Attorneys for Plaintiff

ORIGINAL

FILED

OCT 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,          )    No. CR- 07-0645 MMC
                                       )
13        Plaintiff,                   )    APPLICATION TO UNSEAL
                                       )
14  v.                                 )    SAN FRANCISCO VENUE
                                       )
15  IN RE COURT AUTHORIZED             )
    ELECTRONIC SURVEILLANCE            )
16  _____ )

17      The United States hereby applies for an Order unsealing the following applications

18  and orders authorizing electronic surveillance, interim reports, sealing orders, and

19  motions and orders to postpone inventories in the cases as follows:

| August 18, 2006: CR 06-90331 MISC- PJH |
| October 24, 2006: CR 06-90331 MISC-PJH |
| February 12, 2007: CR 06-90331- PJH |
| May 7, 2007: CR 06-90331 MISC-PJH |
| August 14, 2007: CR 06-90331 MISC-PJH |

26      The unsealing is necessary in order to provide discovery to the defendants

27  apprehended in the case of United States v. Williams, CR 07-0645 MMC on October 24,

28  2007.


UNSEALING APPLICATION AND ORDER

1 | DATED: October 24, 2007                    Respectfully submitted,

2

3                                              SCOTT N. SCHOOLS
                                               United States Attorney
4

5

6                                              BARBARA BRENNAN SILANO
                                               Assistant United States Attorney
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNSEALING APPLICATION AND ORDER