| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 12 min | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Lashanda Scott | | REPORTER/FTR 9:35-9:47 | |
| MAGISTRATE JUDGE Bernard Zimmerman | | DATE June 4, 2008 | | NEW CASE ☐ | CASE NUMBER CR07-0645 MMC |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT Luis Cuevas-Medina | AGE 38 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Barry Portman (special) | | PD. ☐ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Barbara Silano | | INTERPRETER Spanish - Melinda Basker | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Tim Elder | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT ☐ OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ INITIAL APPEAR 12 min | ☐ | PRELIM HRG | ☐ | MOTION | ☐ JUGM'T & SENTG | ☐ | STATUS |
| ☐ I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ PROB. REVOC. | ☐ | ATTY APPT HEARING |
| ☒ ADVISED OF RIGHTS | ☒ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED IS TRUE NAME | ☒ TRUE NAME: Luis Manuel Cuevas-Medina | | |

FILED JUN 4 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 06/06/2008 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT: 9:30 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. BZ | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

6/6/2008 - ID of Counsel (CJA). FPD has a conflict. CJA panel will be contacted. 6/9/2008 at 9:30 a.m. before Judge Zimmerman for Detention Hearing. There is an INS detainer on the defendant.
cc: BZ, Pretrial, MMC

DOCUMENT NUMBER: