1  **TIM GOMES (168140)**
   TIM GOMES & ASSOCIATES
2  877 Bryant Street, Suite 210
   San Francisco, CA 94103
3  Ph (415) 626-8100
   Fax (415) 840-0326
4  Email: www.courthelp@comcast.net

5  Attorney for Luis Cuevas-Medina

6

7

8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                **SAN FRANCISCO DIVISION**

12

13
    **UNITED STATES,**                     No. CR 07-0645 MMC
14
         **Plaintiff**                     SUBSTITUTION OF ATTORNEY
15
     **v.**
16
17  **LUIS MANUEL CUEVAS-MEDINA,**

18       **Defendant.**

19

20  _____/

21
         **TO: THE HON. JUDGE MAXINE M. CHESNEY, THE UNITIED STATES
22  DISTRICT COURT, JOSEPH P. RUSSONIELLO, UNITED STATES ATTORNEY,
    UNITED STATES MARSHALL, AND ALL PARTY ATTORNEYS**
23

24      I, Tim Gomes, declare:

25      On June 20, 2008, I appeared and substituted into the United

26  States vs. Ronald Willams et al as the attorney of record for

27  Luis Manuel Cuevas-Medina, replacing Lew Garrick. Please send all

28  email to www.courthelp@comcast.net and all correspondence to the

1  above address of my law offices.
2       I declare under penalty of perjury the foregoing is true and
3  correct based on my knowledge and belief.  Executed in the City
4  and County of San Francisco, in the State of California on this
5  1st day of August, 2008.

_____
Tim Gomes
Attorney for Luis Cuevas-Medina