UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: SEP X 3 2008

Case No. CR-07-0645-14 MMC        JUDGE: Maxine M. Chesney

DEFENDANT: Luis Manuel Cuevas-Medina        Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: Barbara Silano        ATTORNEY FOR DEFENDANT: NO APPEARANCE

Deputy Clerk: Tracy Lucero        Reporter: Connie Kuhl

**PROCEEDINGS**

REASON FOR HEARING: Change of Plea - Not held

RESULT OF HEARING: No appearance by defendant's counsel - Timothy Gomes. Clerk called office & left message.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to 9/10/08 @ 2:30 for Change of Plea

EXCLUDABLE DELAY (Category) Continuity of Counsel   Begins SEP X 3 2008   Ends 9/10/08

(5 min)