IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    No. CR 07-0645 MMC

    Plaintiff,    **ORDER TO SHOW CAUSE**

  v.

LUIS MANUEL CUEVAS-MEDINA,

    Defendant.
_____/

    On September 3, 2008, Timothy Gomes, counsel for defendant Luis Manuel Cuevas-Medina, failed to appear as ordered at a regularly scheduled hearing calendared for a change of plea. The defendant and counsel for plaintiff appeared.

    Accordingly, counsel for defendant is ordered to show cause, in writing, no later than Wednesday, September 10, 2008, why sanctions should not be imposed for his failure to appear as ordered on September 3, 2008.

    **IT IS SO ORDERED.**

Dated: September 8, 2008

                                                MAXINE M. CHESNEY
                                                United States District Judge