IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0645 MMC |
| Plaintiff, | **ORDER CONTINUING PROCEEDINGS** |
| v. | |
| LUIS MANUEL CUEVAS-MEDINA, | |
| Defendant. / | |

The change of plea previously continued from September 3, 2008 to September 10, 2008, is hereby CONTINUED to September 24, 2008 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: September 8, 2008

MAXINE M. CHESNEY
United States District Judge