IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS MANUEL CUEVAS-MEDINA,<br><br>    Defendant.<br>_____ / | No. CR 07-0645 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

    The Court having received on this date defendant's counsel's response to the Court's Order to Show Cause issued September 8, 2008, and, based upon counsel's explanation therein, finding no further action need be taken, hereby DISCHARGES the Order to Show Cause.

    **IT IS SO ORDERED.**

Dated: September 10, 2008

                                                         MAXINE M. CHESNEY<br>                                                         United States District Judge