IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0645 MMC |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| LUIS MANUEL CUEVAS-MEDINA, | |
| Defendant. / | |

The Court having received on this date defendant's counsel's response to the Court's Order to Show Cause issued September 8, 2008, and, based upon counsel's explanation therein, finding no further action need be taken, hereby DISCHARGES the Order to Show Cause.

**IT IS SO ORDERED.**

Dated: September 10, 2008

MAXINE M. CHESNEY
United States District Judge