MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7223
    Facsimile: (415) 436-6982
    E-Mail:    Barbara.Silano@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0645 MMC |
| Plaintiff, | MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE AND [PROPOSED] ORDER |
| v. | |
| LUIS CUEVAS-MEDINA, | |
| Defendant. | |

## I. INTRODUCTION

On November 4, 2010, the defendant, Luis Cuevas-Medina, filed a *pro se* motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. On December 20, 2010, this Court Ordered the government to respond no later than January 31, 2010.[1] Counsel for the United States, AUSA Barbara Silano, was on leave intermittently in December and must have inadvertently overlooked the Court's Order amidst the electronic filings. The defendant is one of twenty-three other defendants in the same electronic docket. On February 28, 2011, the

---

[1] The United States understands that the Court intended that the response be filed no later than January 31, 2011.

2255-MOT. TO EXTEND TIME- CUEVAS-MEDINA
CR 07-0645 MMC

defendant filed a Reply to the Court Ordered Government Response. It was only on March 9, 2011, upon review of the defendant's reply that counsel for the United States realized that the Court had Ordered the government to respond.

In order to prepare an effective response demonstrating that the defendant's current claims that his counsel was ineffective are inconsistent with the statements he made under oath at his change of plea hearing, the United States will need to order a copy of the transcript for defendant's change of plea colloquy. Because the government in good faith did not realize that a response had been Ordered, and because a court reporter's transcript is necessary in order to respond, the United States respectfully requests that the Court extend the time for a government response until April 11, 2011.

WHEREFORE, the United States respectfully requests that the Court Order that the government respond to defendant's motion on or before April 11, 2011.

March 10, 2011                          Respectfully Submitted,

                                        MELINDA HAAG
                                        United States Attorney


                                        __/s/_____
                                        BARBARA BRENNAN SILANO
                                        Assistant United States Attorney

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7223
   Facsimile: (415) 436-6982
   E-Mail:   Barbara.Silano@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0645 MMC |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| LUIS CUEVAS-MEDINA, | |
| Defendant. | |

Before the Court is the government's motion, filed March 10, 2011, for an extension of time in which to respond to defendant's motion to vacate, set aside, or correct his sentence. No opposition to the government's motion has been filed.

Good cause appearing, it is hereby ORDERED that the government's motion for an extension of time in which to respond is granted. The United States shall file its opposition no later than April 11, 2011. The defendant shall file a reply, if any, May 11, 2011. As of May 11, or the date on which defendant files a reply, whichever is earlier, the Court will take the matter under submission.

DATED: March 22, 2011

HON. MAXINE M. CHESNEY
United States District Court Judge

2255-MOT. TO EXTEND TIME- CUEVAS-MEDINA
CR 07-0645 MMC

# CERTIFICATE OF SERVICE

# UNITED STATES v. LUIS CUEVAS-MEDINA

# CR 07-00645 MMC

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**Motion for an Extension of Time in Which to File an Opposition to Defendant's Motion to Vacate, Set Aside or Correct Sentence and [Proposed] Order**

to be served this date on the party(ies) in this action,

Luis Manuel Cuevas-Medina
#12059-111
Adams County Correctional
P.O. Box 1600
Washington, MS 39190

____(By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

____(By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

__X__(By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

____(By Fed Ex), I caused such envelope to be delivered by FED EX to the address listed above.

____(By Messenger), I caused each such envelope to be delivered by Messenger to the address listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 10, 2011                    ____/s/_____
                                         Jacquelyn Lovrin
                                         Legal Assistant

2255-MOT. TO EXTEND TIME- CUEVAS-MEDINA
CR 07-0645 MMC